```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHELLE MCCANDLESS              :  CIVIL ACTION
                                 :
         v.                      :
                                 :
BRUEGGER'S ENTERPRISES, INC.,    :  NO. 09-4726
et al.                           :
```

<u>JUDGMENT</u>

AND NOW, this 8th day of July, 2010, in accordance with the Order that we issued today granting the defendants' motion for summary judgment, which we construed as a motion to dismiss, JUDGMENT IS ENTERED in favor of defendants Bruegger's Enterprises, Inc., and Bruegger's Corp. and against plaintiff Michelle McCandless, with each side to bear its own costs.

BY THE COURT:

<u>/s/ Stewart Dalzell, J.</u>